NAME, ADDRESS, AND TELEPHONE NUMBER OF ATTORNEY(S)
OR OF PARTY APPEARING IN PRO PER

Darryl L. Exum, Esq. SBN 152063
Exum Law Offices
4129 Main Street, Ste 200
Riverside, CA 92501
951-682-2903
exumlaw@gmail.com

ATTORNEY(S) FOR: MICHAEL MAGEE

CLEAR FORM

# UNITED STATES DISTRICT COURT
# CENTRAL DISTRICT OF CALIFORNIA

MICHAEL MAGEE

Plaintiff(s),

v.

UNITED STATES OF AMERICA, ET. AL

Defendant(s)

CASE NUMBER:

21-3294

CERTIFICATION AND NOTICE
OF INTERESTED PARTIES
(Local Rule 7.1-1)

TO:   THE COURT AND ALL PARTIES OF RECORD:

The undersigned, counsel of record for   MICHAEL MAGEE
or party appearing in pro per, certifies that the following listed party (or parties) may have a pecuniary interest in the outcome of this case. These representations are made to enable the Court to evaluate possible disqualification or recusal.

(List the names of all such parties and identify their connection and interest. Use additional sheet if necessary.)

| PARTY | CONNECTION / INTEREST |
|---|---|
| MICHAEL MAGEE | PLAINTIFF |

04/6/2021
Date

Signature

Attorney of record for (or name of party appearing in pro per):

Darryl L. Exum

CV-30 (05/13)                                   NOTICE OF INTERESTED PARTIES