TRACY L. WILKISON
Acting United States Attorney
SCOTT M. GARRINGER
Assistant United States Attorney
Chief, Criminal Division
ANDREW BROWN (Cal. Bar No. 172009)
VICTOR A. RODGERS (Cal. Bar No. 101281)
MAXWELL COLL (Cal. Bar No. 312651)
Assistant United States Attorneys
Major Frauds/Asset Forfeiture/
General Crimes Sections
    1100/1400/1200 United States Courthouse
    312 North Spring Street
    Los Angeles, California 90012
    Telephone: (213) 894-0102/2569/1785
    Facsimile: (213) 894-6269/0142/0141
    E-mail: Andrew.Brown@usdoj.gov
           Victor.Rodgers@usdoj.gov
           Maxwell.Coll@usdoj.gov

Attorneys for Defendants
UNITED STATES OF AMERICA and
TRACY L. WILKISON AND KRISTI KOONS JOHNSON
IN THEIR OFFICIAL CAPACITY ONLY

UNITED STATES DISTRICT COURT

FOR THE CENTRAL DISTRICT OF CALIFORNIA

WESTERN DIVISION

| MICHAEL MAGEE, | Case No. 2:21-cv-03294-RGK-MAR |
|---|---|
| Plaintiff, | **STIPULATION TO EXTEND TIME TO RESPOND TO INITIAL COMPLAINT BY NOT MORE THAN 30 DAYS** |
| v. | |
| UNITED STATES OF AMERICA, ET AL., | [Local Rule 8-3] |
| Defendants. | Complaint Served: May 5, 2021<br>Current response date: July 6, 2021<br>New response date: July 26, 2021 |

      Pursuant to Local Rule 8-3, plaintiff Michael Magee and defendants United States of America and Tracy L. Wilkison and Kristi Koons Johnson in their official capacity only (collectively, "the government") hereby stipulate and agree to extend the time for the

government to respond to the initial complaint served in this action. The complaint was served on or about May 5, 2021 and the government response thereto is due sixty days thereafter on or about July 6, 2021 pursuant to Fed. R. Civ. P. 12(a)(2).  The parties by this stipulation agree to hereby extend the time for three weeks, from July 6, 2021 to July 26, 2021, for the government to file an answer or other responsive document to the complaint.

Dated: July 6, 2021          TRACY L. WILKISON
                             Acting United States Attorney
                             SCOTT M. GARRINGER
                             Assistant United States Attorney
                             Chief, Criminal Division


                                     /s/
                             ANDREW BROWN
                             VICTOR A. RODGERS
                             MAXWELL COLL
                             Assistant United States Attorneys

                             Attorneys for Defendants
                             UNITED STATES OF AMERICA and
                             TRACY L. WILKISON and KRISTI KOONS
                             JOHNSON IN THEIR OFFICIAL CAPACITY ONLY

Dated: July 6, 2021          EXUM LAW OFFICES


                               /s/ (per email authorization)
                             DARRYL L. EXUM

                             Attorneys for Plaintiff
                             MICHAEL MAGEE