**DECLARATION OF SUPERVISORY SPECIAL AGENT JESSIE MURRAY**

I, Supervisory Special Agent Jessie Murray, declare as follows:

1. I am a Supervisory Special Agent with the FBI.

2. The FBI receives claims to contest administrative forfeiture electronically. With respect to the submitted claims, the FBI receives the claim form, and generates a document titled "Claim Details" which sets forth the date the claim was received by the FBI, and identifies the claimant and the person who filed the claim on behalf of the claimant.

3. Attached hereto as Exhibit A is a copy of the notice of seizure of property and initiation of administrative forfeiture proceedings sent on May 20, 2021 to Mitchell Magee as to $600,980.00 U.S. Currency in Box number 504. Attached hereto as Exhibit B is a copy of the FBI's Claim Details and attached hereto as Exhibit C is a copy of the hard copy portion of the claim to contest the FBI's administrative forfeiture of this asset submitted by Mitchell Magee. Exhibit B reflects that the claim was filed with the FBI on June 1, 2021.

4. Attached hereto as Exhibit D is a copy of the notice of seizure of property and initiation of administrative forfeiture proceedings sent on May 20, 2021 to Ike Roberts as to $341,500.00 U.S. Currency in Box number 5512. Attached hereto as Exhibit E is a copy the FBI's Claim Details and attached hereto as Exhibit F is the hard copy portion of the claim to contest the FBI's administrative forfeiture of this asset submitted by Ike Roberts. Exhibit E reflects that the claim was filed with the FBI on June 1, 2021.

5. Attached hereto as Exhibit G is a copy of a notice of seizure of property and initiation of administrative forfeiture proceedings sent on May 21, 2021 to Michael Magee as to $305,000.00 U.S. Currency in Box number 4303. Attached hereto as Exhibit H is a copy of the FBI's Claim Details and attached hereto as Exhibit I is the hard copy portion of the claim to contest the FBI's administrative forfeiture

///

of this asset submitted by Michael Magee. Exhibit H reflects that the claim was filed with the FBI on June 1, 2021.

6. The above-referenced exhibits have been redacted to eliminate residence addresses and social security numbers and telephone numbers of the claimants.

I declare under penalty of perjury under the laws of the United States of America that the foregoing is true and correct.

Executed in Los Angeles, California, on July 17, 2021.

SSA JESSIE MURRAY