# CLAIM DETAILS

**Tracking Number:** 2143-E28-FA1-4AF
**Filed on:** June 01, 2021
**Claimant:** ROBERTS, IKE
**Filed By:** EXUM, DARRYL

## Documents included:

* Standard Online Claim Form
* Sworn Notice - CLAIM DOJ IKE ROBERTS.pdf
* Signed Claim - CLAIM DOJ IKE ROBERTS.pdf

06/01/2021

# EXHIBIT E

1 of 1