## SECTION I - CONTACT INFORMATION

### CLAIMANT INFORMATION

**Claimant/Contact Name:** (Last, First)
ROBERTS, IKE

**Business/Institution Name:** (if applicable)

**Prisoner ID:** (if applicable)

**Address:** (Include Street, City, State, and Zip Code)
█████████████
INGLEWOOD, CA ████

**Social Security Number/Tax Identification Number:** (Enter N/A if you do not have one)
████████

**Phone:** (optional)
████████

**Email:** (optional)

### ATTORNEY INFORMATION (if applicable)

**Attorney Name:** (Last, First)
EXUM, DARRYL

**Attorney Title:**
MR

**Firm Name:** (if applicable)
EXUM LAW OFFICES

**Attorney Address:** (Include Street, City, State, and Zip Code)
4129 Main Street STE 200
RIVERSIDE, CA 92501

**Are you an attorney filing this claim on behalf of your client?** [X] Yes  [ ] No

**Attorney Phone:** (optional)
9516822903

**Attorney Email:** (optional)
EXUMLAW@GMAIL.COM

*If any of this information changes, you are responsible for notifying the agency of the new information.*

## SECTION II - ASSET LIST

List each asset ID and asset description that you are claiming.

| # | Asset ID | Asset Description |
|---|----------|-------------------|
| 1 | 21-FBI-002943 | $341,500.00 U.S. Currency, SN: **** seized by the FBI on March 22, 2021 in Beverly Hills, CA. |

## SECTION III - INTEREST IN PROPERTY

*Identify your interest in each of the assets you are claiming. If you are filing for multiple assets and the responses are not the same for each asset, please print out multiple copies of this page to submit with the claim. If you have documentation that supports your interest in the claimed assets (e.g., bill of sale, retail installment agreements, contracts, titles or mortgages), please include copies of the documents with the submission of the claim.*

| INTEREST IN PROPERTY INFORMATION | | |
|---|---|---|
| **Asset ID** | **Asset Description** | |
| 21-FBI-002943 | $341,500.00 U.S. Currency, SN: **** in Beverly Hills, CA. | seized by the FBI on March 22, 2021 |

**In the space below, please explain why you have a valid, good faith, and legally recognizable interest in this asset:**

THE PROPERTY SEIZED WAS MY PROPERTY AND THE WAY MONEY I HAD TO SUPPORT MY FAMILY. IT IS ESSENTIAL I AM ABLE TO OBTAIN MY MONEY ASAP

**In the space below, please list any documents you are including in support of your interest in the asset(s). If none are included, please explain why.**

NO DOCUMENTATION IS AVAILABLE AT THIS TIME

## SECTION IV - RECOVERY OF LOSS

No Recovery of Loss exists.

## SECTION V - DECLARATION AND REPRESENTATION

*The following declaration must be completed by the claimant.*

I attest and declare under penalty of perjury that my claim is not frivolous and the information provided in support of my claim is true and correct to the best of my knowledge and belief.

_____
**Signature**

_____
ROBERTS, IKE
**Printed Name**

_____5/28/21_____
**Date**

### Sworn Notice of Representation

*This section must be completed only by claimants who are represented by an attorney.*

I have retained the above-named attorney to represent me in this matter. I have reviewed the foregoing claim and found that its contents are accurate to the best of my information and belief. I declare under penalty of perjury that the foregoing information is true and correct.

_____
**Signature**

_____
ROBERTS, IKE
**Printed Name**

_____5/28/21_____
**Date**

If a court finds that a claimant's assertion of an interest in property was frivolous, the court may impose a civil fine. Title 18 United States Code, Subsection 983(h). A false statement or claim may subject a person to criminal prosecution under Title 18 United States Code, Sections 1001 and 1621.

**Attached Document List:**

2143-E28-FA1-4AF

**EXHIBIT F**

24

5/27/21