## CLAIM DETAILS

**Tracking Number:** 2143-486-809-E4C
**Filed on:** June 01, 2021
**Claimant:** MAGEE, MICHAEL
**Filed By:** EXUM, DARRYL

### Documents included:
* Standard Online Claim Form
* Sworn Notice - CLAIM DOJ MICHAEL MAGEE.pdf
* Signed Claim - CLAIM DOJ MICHAEL MAGEE.pdf

06/01/2021

**EXHIBIT H**
**27**