TRACY L. WILKISON
Acting United States Attorney
SCOTT M. GARRINGER
Assistant United States Attorney
Chief, Criminal Division
ANDREW BROWN (Cal. Bar No. 172009)
VICTOR A. RODGERS (Cal. Bar No. 101281)
MAXWELL COLL (Cal. Bar No. 312651)
Assistant United States Attorneys
Major Frauds/Asset Forfeiture/
General Crimes Sections
    1100/1400/1200 United States Courthouse
    312 North Spring Street
    Los Angeles, California 90012
    Telephone: (213) 894-0102/2569/1785
    Facsimile: (213) 894-6269/0142/0141
    E-mail:  Andrew.Brown@usdoj.gov
              Victor.Rodgers@usdoj.gov
              Maxwell.Coll@usdoj.gov

Attorneys for Defendants
UNITED STATES OF AMERICA and
TRACY L. WILKISON (OFFICIAL CAPACITY)
and KRISTI KOONS JOHNSON (OFFICIAL CAPACITY)

UNITED STATES DISTRICT COURT

FOR THE CENTRAL DISTRICT OF CALIFORNIA

WESTERN DIVISION

| | |
|---|---|
| MICHAEL MAGEE,<br><br>        Plaintiff,<br><br>        v.<br><br>UNITED STATES OF AMERICA, TRACY L. WILKISON (OFFICIAL CAPACITY) AND KRISTI KOONS JOHNSON (OFFICIAL CAPACITY),<br><br>        Defendants. | Case No. 2:21-cv-03294-RGK-MAR<br><br>**DEFENDANTS' NOTICE OF FILING OF CIVIL FORFEITURE COMPLAINT** |

# NOTICE

Defendants United States of America and Tracy L. Wilkison and Kristi Koons Johnson in their official capacity only hereby gives notice that the government has filed a civil forfeiture complaint with respect to this matter, and has filed a notice of related case in the civil forfeiture action.  See <u>United States of America v. $305,000.00 in U.S. Currency</u>, pertaining to Michael Magee (Case No. 2:21-cv-06968).

Dated: September 2, 2021

Respectfully submitted,

TRACY L. WILKISON
Acting United States Attorney
SCOTT M. GARRINGER
Assistant United States Attorney
Chief, Criminal Division

  /s/  
ANDREW BROWN
VICTOR A. RODGERS
MAXWELL COLL
Assistant United States Attorneys

Attorneys for Defendants
UNITED STATES OF AMERICA, et al.